

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2021

No. 04-21-00031-CV

**IN THE INTEREST OF C.C., A CHILD**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01368
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

On August 16, 2021, we denied appellant's timely filed motion for rehearing from our July 28, 2021 opinion in this case. On September 14, 2021, appellant filed a letter that we construe as a further motion for rehearing. Appellant's further motion for rehearing is **DENIED**. *See* TEX. R. APP. P. 49.1, 49.5; *see also id.* R. 19.1, 19.3 (court of appeals's plenary power to vacate or modify a judgment expires "30 days after the court overrules all timely filed motions for rehearing or en banc reconsideration").

It is so **ORDERED** September 16, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT